OPINION — AG — ** JUSTICE OF THE PEACE — PUBLIC OFFICER ** THE AG AGREES TO THE VIEWS THAT A JUSTICE OF THE PEACE WHO IS ELECTED IN NOVEMBER, AS PROVIDED IN 39 O.S. 2 [39-2], IS A COUNTY OFFICER; AND THAT A JUSTICE OF THE PEACE OF A TOWN, PROVIDED FOR BY 39 O.S. 51 [39-51], AND ELECTED IN APRIL AS PROVIDED FOR IN 11 O.S. 23 [11-23](C) IS NOT A COUNTY OFFICER. CITE: 39 O.S. 154 [39-154] (RICHARD M. HUFF)